# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>CLIVEN BUNDY, et al.,<br>　　　　　　　　　　　Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mots. for Joinder – ECF. Nos. 501, 531, 542) |

　　　This matter is before the court on Defendants Steven A. Stewart, Melvin D. Bundy, and Cliven D. Bundy's Motions for Joinder (ECF. Nos. 501, 531, 542) to Defendant Eric J. Parker's Motion to Allow Possession of External Storage Devices (ECF. No. 496). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. The government filed a Response (ECF. No. 553) to Parker's Motion (ECF. No. 496), which incorporated its arguments on the merits to these requests for joinder. Parker did not file a reply brief and the deadline for doing so has now passed. To avoid serial motions on the same issue, the court finds good cause to grant these joinder requests.

　　　Accordingly,

　　　**IT IS ORDERED:** Defendants Steven A. Stewart, Melvin D. Bundy, and Cliven D. Bundy's Motions for Joinder (ECF. No. 501, 531, 542) are GRANTED. The government's Response (ECF. No. 553) to Defendant Eric J. Parker's Motion to Allow Possession of External Storage Devices (ECF. No. 496) shall serve as its responses to these defendants' joinders.

　　　Dated this 5th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE