UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br><br>STEVEN A. STEWART<br><br>                  Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(*Ex Parte* Mot. Subpoena – ECF No. 867) |

This matter is before the court on Defendant Steven A. Stewart's *Ex Parte* Motion for Subpoena Duces Tecum (ECF No. 867). Having reviewed and considered the matter pursuant to Rule 17 of the Federal Rules of Criminal Procedure, the court finds that Mr. Stewart has met his burden of establishing the need for pretrial production of the materials described in the Motion. Although the court finds good cause for Stewart's Motion to remain *ex parte* and under seal, the Motion provides no justification for issuance of an *ex parte* subpoena giving him exclusive pretrial access to the documents he seeks. The court will therefore direct issuance of the subpoena duces tecum directing the custodian of records for the agency to produce the designated items to the Clerk of the Court by December 23, 2016. Upon receipt of the documents, the Clerk shall notify counsel for the parties that the documents are available for inspection and copying.

Accordingly,

**IT IS ORDERED:**

1. Defendant Steven A. Stewart's *Ex Parte* Motion for Subpoena Duces Tecum (ECF No. 867) is **GRANTED**, and shall remain *ex parte* and under seal.
2. The Clerk of the Court shall issue the attached subpoena, conforming to the court's instructions herein, and deliver a copy of this Order and the subpoena to the U.S. Marshal for service.

3. The custodians of records shall produce and forward records responsive to the subpoena by **December 23, 2016**, along with a copy of this Order, to:

    Clerk of Court
    United States District Court for the District of Nevada
    333 Las Vegas Blvd., South
    Las Vegas, Nevada 89101

4. Upon receipt of the records, the Clerk of Court shall notify counsel for the parties that the documents are available for inspection and copying.

5. The cost of process, fees, and expenses for the subpoena shall be paid as if subpoenaed on behalf of the government, the Court being satisfied that Defendant Steven A. Stewart is financially unable to pay the fees and expenses.

Dated this 14th day of October, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEVEN STEWART | ) | Case No. 2:16-cr-00046-GMN-PAL |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:
    United States Department of the Interior--National Park Service
    601 Nevada Way
    Boulder City, NV 89005

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Lloyd D. George - U.S. Federal Court<br>333 Las Vegas Boulevard<br>Las Vegas, NV 89101 | Courtroom No.: | Honorable Judge Leen |
|---|---|---|---|
| | | Date and Time: | 12/23/2016 03:00 |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
    This is a subpoena duces tecum. Therefore, the materials requested below (Ex.A) shall be delivered to the clerk of the court no later than the date and time noted above, who shall notify counsel for the parties that the documents are available for inspection and copying.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Steven Stewart
_____ , who requests this subpoena, are:

Tanasi Law Offices
601 South Seventh Street, Floor 2
Las Vegas, NV 89101
702-906-2411
rtanasi@tanasilaw.com

Case No. 2:16-cr-00046-GMN-PAL

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | Reset |

Ex. A.

 (1) the National Park Service ("NPS") use of force polices and procedures as it pertains to all officers, rangers, and/or special agents trained on or before April 12, 2014 and present at the Bunkerville, Nevada standoff that is the subject of the Superseding Indictment [Doc. 27] in this case;

 (2) the NPS's official duties as it pertains to all officers, rangers, and/or special agents present at the present at the Bunkerville, Nevada standoff, on April 12, 2014 that is the subject of the Superseding Indictment [Doc. 27] in this case.