RICHARD E. TANASI, Esq.
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh St., 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant*
**STEVEN STEWART**

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00046GMN-PAL |
| Plaintiff, | |
| v. | **NOTICE OF REQUEST TO BE REMOVED FROM CMECF E-NOTICE LIST** |
| STEVEN STEWART, | |
| Defendant. | |

COMES NOW the defendant, STEVEN STEWART, by and through his counsel of record, Richard. E. Tanasi of Tanasi Law Offices, and move this Honorable Court to allow counsel to be removed from CMECF E-Notice list.

DATED this 17th day of October, 2017.

/s/ Richard Tanasi
RICHARD E. TANASI, ESQ.

**IT IS SO ORDERED** this 20th day of October, 2017.

Peggy A. Leen
United States Magistrate Judge

-1-

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Tanasi Law Offices, and that on the 17th day of October, 2017, I served a copy of the foregoing **DEFENDANT NOTICE OF REQUEST TO BE REMOVED FROM CMECF E-NOTICE LIST** via CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

*/s/ Linda Hernandez*
Employee of Tanasi Law Offices

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274